UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:16-cv-00227-RJC-DCK

| | |
|---|---|
| CHARLES J. ELLEDGE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LOWE'S HOME CENTER, LLC, and ) <br> LOWE'S COMPANIES, INC., ) <br> ) <br> Defendant. ) <br> ) | **ORDER** |

**THIS MATTER** comes before the Court *sua sponte*. This case is currently set for trial September 4, 2018. (Doc. No. 33). Defendant Lowe's Home Centers, LLC, filed a Motion for Summary Judgment on April 10, 2018. (Doc. No. 36). The Court has yet to rule on this Motion. Due to the Motion's potential to dispose of all of Plaintiff's claims, the Court hereby **CONTINUES** this case's deadlines, resetting the trial date for the Court's next civil term in November.

**IT IS, THEREFORE, ORDERED** that:

1. This case's trial date is reset to November 5, 2018; and
2. All other pre-trial deadlines set in reference to November trial date.

Signed: August 3, 2018

Robert J. Conrad, Jr.
United States District Judge