UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:16-cv-00227-RJC-DCK

| | |
|---|---|
| CHARLES J. ELLEDGE,<br><br>   Plaintiff,<br><br>   v.<br><br>LOWE'S COMPANIES, INC., and<br>LOWE'S HOME CENTERS, LLC,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)  **ORDER**<br>)<br>)<br>)<br>)<br>)<br>) |

  **THIS MATTER** comes before the Court on Charles J. Elledge's ("Plaintiff") Motion for Oral Arguments regarding the pending Motion for Summary Judgment filed by Lowe's Home Centers, LLC ("Defendant"), (Doc. No. 36). For good cause shown, the Court **GRANTS** Plaintiff's motion and sets the date for oral arguments on **November 15, 2018.**

  This case is currently set for trial November 5, 2018. (Doc. No. 61). Due to the Motion's potential to dispose of all of Plaintiff's claims, the Court hereby **CONTINUES** this case's deadlines, resetting the trial date for the Court's next civil term in **January**.

  **IT IS, THEREFORE, ORDERED** that:

  1. Oral arguments shall be held on November 15, 2018;

  2. This case's trial date is reset to January 7, 2019; and

3. All other pre-trial deadlines are set in reference to the January trial date.

Signed: October 5, 2018

Robert J. Conrad, Jr.
United States District Judge