# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Charles J. Elledge, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:16-cv-00227-RJC-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Lowe's Home Centers, LLC, | ) | |
| Defendant(s). | | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 20, 2018 Order.

December 20, 2018

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court