IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Civil Action: 5:16-cv-227

| | |
|---|---|
| CHARLES J. ELLEDGE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | NOTICE OF APPEAL |
| LOWE'S HOME CENTERS, ) | |
| LLC, ) | |
| ) | |
| Defendants. ) | |
| ) | |

_____

Pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure, the plaintiff hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Order [Doc. #66] entered by United States District Court Judge Robert J. Conrad, Jr., on December 20, 2018; and Judgment [Doc. #67] entered by United States District Clerk, Frank G. Johns, on December 21, 2018, granting defendant's motion for summary judgment.

This the 16th day of January, 2019.

                                                         ATTORNEYS FOR PLAINTIFF

                                                         /s/Robert M. Elliot
                                                         Robert M. Elliot (7709)
                                                         Elliot Morgan Parsonage, PLLC
                                                         426 Old Salem Road
                                                         Winston-Salem, NC 27101
                                                         Telephone: 336-724-2828
                                                         Email: rmelliot@emplawfirm.com

1

/s/R. Michael Elliot
R. Michael Elliot (42806)
Elliot Morgan Parsonage, PLLC
300 E. Kingston Ave, Suite 200
Charlotte, NC  28203
Phone: (704) 707-3705
E-Mail: michaelelliot@emplawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel for defendants:

James Powell
Womble Carlyle Sandridge & Rice PLLC
One West Fourth Street
Winston-Salem, NC  27101
jpowell@wcsr.com

Theresa M. Sprain
Womble Carlyle Sandridge & Rice LLP
555 Fayetteville Street, Suite 1100
Raleigh, NC  27601
tsprain@wcsr.com

/s/Robert M. Elliot
Robert M. Elliot (7709)
Elliot Morgan Parsonage, PLLC
426 Old Salem Road
Winston-Salem, NC  27101
Telephone: 336-724-2828
Email: rmelliot@emplawfirm.com