FILED: January 17, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-1069
(5:16-cv-00227-RJC-DCK)

_____

CHARLES J. ELLEDGE

       Plaintiff - Appellant

v.

LOWE'S HOME CENTERS, LLC

       Defendant - Appellee

and

LOWE'S COMPANIES, INC.

       Defendant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Western District of North Carolina at Statesville |
| Originating Case Number | 5:16-cv-00227-RJC-DCK |
| Date notice of appeal filed in originating court: | 01/16/2019 |
| Appellant(s) | Charles J. Elledge |
| Appellate Case Number | 19-1069 |
| Case Manager | Jennifer Rice<br>804-916-2702 |